UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**KEVYN D. STONE,**

   Plaintiff,

v.                          No. 4:22-cv-0460-P

**DALLAS COUNTY JAIL, ET AL.,**

   Defendants.

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff Kevyn D. Stone's civil-rights action is **DISMISSED WITHOUT PREJUDICE**. *See* FED. R. CIV. P. 58.

**SO ORDERED** on this **28th day** of **November 2022.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE